UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER ARCHAGA MONTES, A-241-066-289,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-05881-DC-CKD P<br><br><u>ORDER</u> |

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] Petitioner has not paid the filing fee or submitted an application to proceed in forma pauperis. The court has conducted a preliminary review of the petition. Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the petition.

In accordance with the above, IT IS ORDERED as follows:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.
2. Petitioner shall submit a completed affidavit in support of a request to proceed in forma pauperis within 30 days.

[1] This case is referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636(b)(1).

3. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

4. Petitioner's optional reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within ten (10) days after being served with the response.

Dated: July 29, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mont5881.res